IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02669-RM-KLM

GUILLERMO ROMERO,

    Plaintiff,

v.

CFA PAINTING, INC. and
ASAEL ADAME,

    Defendants.
_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

COMES NOW the Plaintiff, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby dismisses the above-captioned action. Plaintiff may do so without an order of the Court because Defendants have not served an answer or motion for summary judgment.

Respectfully submitted this 14th day of February, 2022.

        *s/ Brandt Milstein*
        Brandt Milstein
        MILSTEIN TURNER, PLLC
        1942 Broadway
        Boulder, CO 80304
        303.440.8780
        brandt@milsteinturner.com

        *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I filed this *Notice* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>s/ Brandt Milstein</u>

2